IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELANEY BRYANT, BRIANNA LEMMON, and VIOLET OSPINA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BUFFALO EXCHANGE, LTD.,<br><br>Defendant. | Case No. 1:23-cv-08286<br><br>**DEFENDANT BUFFALO EXCHANGE, LTD.'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant Buffalo Exchange, Ltd. ("Buffalo Exchange") respectfully submits this *Notice of Supplemental Authority* in support of its Motion to Dismiss, or in alternative to Stay (*See* Dkt. #30.)

On May 8, 2024, after Buffalo Exchange filed its Reply Brief (Dkt. #36), the Honorable Ann M. Donnelly, U.S.D.J. in the Eastern District of New York in *Calixte v. Bioreference Labs., Inc.*, which concerns similar allegations here (*i.e.*, violations of New York Labor Law Sections 191 and 198), granted a temporary stay "pending a decision on the application for leave to appeal to the New York Court of Appeals in *Grant v. Global Aircraft Dispatch, Inc.*, 223 A.D.3d 712. If leave to appeal is granted, the proceedings are stayed until the New York Court of Appeals issues a decision." *Calixte v. Bioreference Labs.*, Inc., No. 1:24-cv-00083-AMD-VMS (E.D.N.Y. May 8, 2024) (attached as **Ex. 1**).

This is now the third federal district court in New York to enter a stay based on the appellate proceedings in *Grant*. As in *Calixte*, Buffalo Exchange respectfully requests that, to the extent this Court does not grant its Motion to Dismiss, the Court temporarily stay

1

further proceedings in this action pending the outcome of an appeal in *Grant*.

Dated: May 13, 2024 **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Lawrence J. Del Rossi*
Lawrence J. Del Rossi (#5350137)
1177 Avenue of the Americas, 41st Fl.
New York, NY  10036
Telephone:  (212) 248-3140
Lawrence.Delrossi@faegredrinker.com
600 Campus Drive
Florham Park, NJ  07932
Telephone:  (973) 549-7000


Andrew B. Murphy (admitted Pro Hac Vice)
Kacie Phillips Tawfic (admitted Pro Hac Vice)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  (612) 766-1700
Andrew.Murphy@faegredrinker.com
Kacie.Tawfic@faegredrinker.com

***Attorneys for Defendant Buffalo Exchange, Ltd.***

# EXHIBIT 1

ACO,DJI

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:24-cv-00083-AMD-VMS

| | |
|---|---|
| Calixte v. Bioreference Laboratories, Inc. | Date Filed: 01/04/2024 |
| Assigned to: Judge Ann M Donnelly | Jury Demand: None |
| Referred to: Magistrate Judge Vera M. Scanlon | Nature of Suit: 790 Labor: Other |
| Cause: 28:1332 Diversity-(Citizenship) | Jurisdiction: Diversity |

**Plaintiff**

**Enejah Calixte**      represented by      **Frank Joseph Mazzaferro**
Fitapelli & Schaffer LLP
475 Park Avenue South
12th Floor
New York, NY 10016
212-300-0375
Fax: 212-481-1333
Email: fmazzaferro@fslawfirm.com
*ATTORNEY TO BE NOTICED*

**Brian Scott Schaffer**
Fitapelli & Schaffer LLP
28 Liberty Street
25th Floor
New York, NY 10005
212-300-0375
Fax: 212-481-1333
Email: bschaffer@fslawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bioreference Laboratories, Inc.**      represented by      **Lynne Anne Anderson**
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
973-549-7140
Fax: 973-360-9831
Email: lynne.anderson@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Matthew Hayes**
Faegre Drinker Biddle & Reath LLP
Employment and Labor Law Department
600 Campus Drive

| 03/28/2024 | | ORDER. The Court is in receipt of the parties' joint letter at ECF No. 18 requesting an adjournment of the 4/9/2024 Initial Conference pending the District Court's decision on Defendants pending 15 Motion to Stay. In light of the District Court's 03/28/2024 Order directing the parties to appear before the Court on 5/07/2024 to discussion the 15 Motion, the Initial Conference is adjourned. Following the District Court's decision, the parties must file a status report by 5/13/2024 informing this Court whether they wish to move forward with discovery and reschedule an initial conference. Ordered by Magistrate Judge Vera M. Scanlon on 3/28/2024. (CC) (Entered: 03/28/2024) |
| --- | --- | --- |
| 04/08/2024 | 19 | MEMORANDUM in Opposition re 15 MOTION to Stay filed by Enejah Calixte. (Schaffer, Brian) (Entered: 04/08/2024) |
| 04/08/2024 | 20 | AFFIDAVIT/DECLARATION in Opposition re 15 MOTION to Stay filed by Enejah Calixte. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Schaffer, Brian) (Entered: 04/08/2024) |
| 04/09/2024 | | SCHEDULING ORDER: Due to a conflict in the Court's schedule, the oral argument in connection with the defendant's motion to stay 15 previously scheduled for May 7, 2024 will be held on Monday, May 6, 2024 at 11:00 a.m. in Courtroom 4G North. Ordered by Judge Ann M. Donnelly on 4/9/2024. (JA) (Entered: 04/09/2024) |
| 04/22/2024 | 21 | REPLY in Support *of Motion to Stay* filed by All Defendants. (Attachments: # 1 Declaration Lynne A Anderson Declaration in support of Reply Brief, # 2 Exhibit Exhibit 1 to Lynne A Anderson Declaration, # 3 Certificate of Service William R Horwitz Certificate of Service) (Horwitz, William) (Entered: 04/22/2024) |
| 04/25/2024 | | SCHEDULING ORDER: Due to a conflict in the Court's schedule, the oral argument in connection with the defendant's motion to stay 15 previously scheduled for May 6, 2024 will be held on Wednesday, May 8, 2024 at 11:00 a.m. in Courtroom 4G North. Ordered by Judge Ann M. Donnelly on 4/25/2024. (JA) (Entered: 04/25/2024) (Entered: 04/25/2024) |
| 04/26/2024 | 22 | Letter by Bioreference Laboratories, Inc. (Attachments: # 1 Certificate of Service Willliam R. Horwitz, Esq. Certificate of Service) (Horwitz, William) (Entered: 04/26/2024) |
| 05/08/2024 | | Minute entry for oral argument on the defendant's motion to stay proceedings held before Judge Ann M. Donnelly. Appearances by Frank Mazzaferro for the plaintiff and William Horowitz for the defendant. Case called. Discussion held. The defendant's motion to stay 15 is granted pending a decision on the application for leave to appeal to the New York Court of Appeals in *Grant v. Global Aircraft Dispatch, Inc.*, 223 A.D.3d 712. If leave to appeal is granted, the proceedings are stayed until the New York Court of Appeals issues a decision. Ordered by Judge Ann M. Donnelly. (Court Reporter Andronikh Barna.) (JA) (Entered: 05/08/2024) |
| 05/09/2024 | 23 | Letter *Joint Status Report Pursuant to March 28, 2024 Court Order* by Bioreference Laboratories, Inc. (Hayes, Brian) (Entered: 05/09/2024) |