UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELANEY BRYANT et al., <br><br>        Plaintiffs, <br><br> -against- <br><br> BUFFALO EXCHANGE, LTD., <br><br>        Defendant. | 23-CV-08286 (AS) <br><br> Order |

ARUN SUBRAMANIAN, United States District Judge:

  By May 20, 2024, the parties should submit a joint letter updating the Court on the status of the appeal in *Grant v. Global Aircraft Dispatch, Inc.*, 204 N.Y.S.3d 117 (2d Dep't 2024). The parties should be as detailed as possible and include their best estimate as to the timing of next steps in that case.

  SO ORDERED.

Dated: May 15, 2024
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge