UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELANEY BRYANT et al., <br><br>                            Plaintiffs, <br><br> -against- <br><br> BUFFALO EXCHANGE, LTD., <br><br>                            Defendant. | 23-CV-08286 (AS) <br><br> Order |

ARUN SUBRAMANIAN, United States District Judge:

      By July 12, 2024, the parties should submit letters, not to exceed two single-spaced pages, indicating whether the Commissioner of Labor has interpreted the relevant language in § 198(1-a) and if so, whether that interpretation is entitled to deference. If the Commissioner has not offered an interpretation, the parties should explain whether, if the Court asks for the Commissioner's views, those views would be entitled to deference under New York law.

      SO ORDERED.

Dated: July 9, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge