UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELANEY BRYANT et al., <br><br>                              Plaintiffs, <br><br> -against- <br><br> BUFFALO EXCHANGE, LTD., <br><br>                              Defendant. | 23-CV-08286 (AS) <br><br> Order |

ARUN SUBRAMANIAN, United States District Judge:

      The parties should submit a proposed briefing schedule for the motion for class certification by August 9, 2024, at 5:00 PM.

      SO ORDERED.

Dated: August 6, 2024
       New York, New York

                                             ARUN SUBRAMANIAN
                                          United States District Judge