UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DELANEY BRYANT, BRIANNA LEMMON, and VIOLET OSPINA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUFFALO EXCHANGE, LTD.,<br><br>Defendant. | Case No. 1:23-cv-08286 (AS) |

## NOTICE OF CONSTITUTIONAL QUESTION

Pursuant to Federal Rule of Civil Procedure 5.1(a), Plaintiffs Delaney Bryant, Brianna Lemmon, and Violet Ospina hereby notify the Court and all parties that the constitutionality of a state statute has been drawn into question in this action.

Federal Rule of Civil Procedure 5.1 requires a "party that a pleading, written motion, or other paper drawing into question the constitutionality of a federal or state statute to promptly "file a notice of constitutional question stating the question and identifying the paper that raises it, if …a state statute is questioned and the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity[.]" Fed. R. Civ. P. 5.1(a)(1)(B). The party must then "serve the notice and the paper" on the state attorney general. Fed. R. Civ. P. 5.1(a)(2). Finally, the court "must, under 28 U.S.C. § 2403, certify to the appropriate attorney general that a statute has been questioned." Fed. R. Civ. P. 5.1(b).

Plaintiffs are filing this notice because they have challenged the constitutionality of a New York state statute, and the parties in this case do not include the state, one of its agencies, or one of its officers or employees in an official capacity.

1

The statute at issue in this case is New York Labor Law § 198(1-a), as amended by N.Y. Leg. 56, S. 3006-C, Part U (2025) (the Amendment). It purports to apply to causes of action pending or commenced on or after May 9, 2025.

Plaintiffs challenge the constitutionality of the Amendment on the following grounds.

1. The Amendment violates the executive budgeting provisions of Article VII of the New York Constitution because it was enacted through the executive budgeting process without any rational relationship to any appropriation in the state budget.

2. The Amendment violates the due process provisions of Article I of the New York Constitution to the extent it applies retroactively to Plaintiffs.

Plaintiffs' legal arguments in support of these constitutional challenges is set forth in Plaintiffs' Memorandum of Law in Opposition to Defendant's Second Motion for Partial Judgment on the Pleadings. ECF No. 85.

In compliance with Federal Rule of Civil Procedure 5.1, Plaintiffs will serve this notice and their Memorandum of Law on the Attorney General of the State of New York by certified mail at the following address:

Office of the Attorney General
Division of Appeals & Opinions
28 Liberty Street
New York, NY 10005

Plaintiffs respectfully request that this Court certify their challenge to the constitutionality of the state statute to the New York State Attorney General. Fed. R. Civ. P. 5.1(b).

Respectfully submitted,

Molly A. Brooks
Michael C. Danna
Amy Maurer
**Outten & Golden LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 245-1000
Email: mb@outtengolden.com
Email: mdanna@outtengolden.com
Email: amaurer@outtengolden.com

David J. Zimmer*
**Zimmer, Citron & Clarke LLP**
130 Bishop Allen Drive
Cambridge, MA 02139
Tel.: (617) 676-9421
Email: dzimmer@zimmercitronclarke.com

Julia Solomon-Strauss
**Zimmer, Citron & Clarke LLP**
1629 K Street NW
Suite 300
Washington, DC 20006
Tel.: (202) 796-4540
Email: jsolomonstrauss@zimmercitronclarke.com

* *Pro hac vice* application pending.

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the word limit of Local Civil Rule 7.1(c), because, excluding the parts of the document exempted by the rule, this document contains 598 words.

Dated: November 12, 2025

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DELANEY BRYANT, BRIANNA LEMMON, and VIOLET OSPINA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUFFALO EXCHANGE, LTD.,<br><br>    Defendant. | Case No. 1:23-cv-08286 (AS)<br><br>**AFFIRMATION OF SERVICE** |

I, Hector Jacome, being duly sworn, depose and say: I am over the age of eighteen and (18) years and am not party to this action. I am employed by Outten and Golden LLP. I reside in New York, New York.

1.    On November 12, 2025, I served and true and correct copy of the **NOTICE CONSTITUTIONAL QUESTION**

> Office of the Attorney General
> Division of Appeals & Opinions
> 28 Liberty Street
> New York, NY 10005
> Certified Mail No.
> 70190140000090671634

by delivering a true copy of same enclosed in a first class postpaid properly addressed sealed envelope, to an employee of the United States Postal Service within New York State.

I affirm this 12th day of November 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: November 12, 2025

Hector Jacome



US POSTAGE
$011.33¹
First-Class - MM
ZIP 10017
11/12/2025
0355 001183589974

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicat return receipt for no additional fee, present th USPS®-postmarked Certified Mail receipt to t retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, ( to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, wh requires the signee to be at least 21 years of and provides delivery to the addressee specif by name, or to the addressee's authorized ag (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bea USPS postmark. If you would like a postmark or this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on th Certified Mail receipt, detach the barcoded port of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your record**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

OUTTEN & GOLDEN LLP
Advocates for Workplace Fairness

Office of the Attorney General
Division of Appeals & Opinions
28 Liberty Street
New York, NY 10005

Certified Mail-7019 0140 0000 9067 1634

685 Third Avenue, 25th Floor • New York, NY 10017



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Po

$

Sent To

Street a

City, Sta

*Office of the Attorney General*
*Division of Appeals & Opinions*
*28 Liberty Street*
*New York, NY 10005*
2211/36 ·00000/

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

685 Third Avenue, 25th Floor • New York, NY 10017