UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELANEY BRYANT et al,

               Plaintiffs,

-against-

BUFFALO EXCHANGE, LTD.,

               Defendant.

23-cv-8286 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

     Plaintiffs have called into question the constitutionality of a state statute under the New York constitution. As required by rule and statute, the Court hereby certifies to the Attorney General of the State of New York that a New York statute has been questioned. Fed. R. Civ. P. 5.1(b); 28 U.S.C. § 2403(b). The Attorney General is permitted to intervene to present evidence on the question of constitutionality. 28 U.S.C. § 2403(b).

    The Clerk is directed to mail a copy of this order to the Attorney General of the State of New York.

     SO ORDERED.

Dated: November 14, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge