The Court received this letter forwarded by the Clerk's Office. The Clerk of Court is respectfully directed to docket this letter.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: January 12, 2026



**Office of the New York State Attorney General**

**Letitia James
Attorney General**

December 31, 2025

Honorable Tammi M. Hellwig
Clerk of Court
U.S. District Court for
 the Southern District of New York
500 Pearl Street
New York, New York  10007

Re:    *Bryant v. Buffalo Exchange, LTD.*, No. 1:23-cv-08286-AS

Dear Clerk:

Plaintiffs have notified the Office of the New York State Attorney General that they challenge the constitutionality of certain 2025 amendments to New York Labor Law § 198.  I write to advise the Court that, after careful consideration and review of the documents filed in connection with this matter, this Office has determined that it will not intervene pursuant to 28 U.S.C. § 2403(b) at this time.

Because there are many reasons why this Office elects not to intervene in a matter, we respectfully request that no inference adverse to the State be drawn from our decision.  We always reserve the option to intervene for purposes of defending the constitutionality of any New York state statute or regulation at a later stage of the litigation, during which stage applicable court rules may require further notice to the Office of the Attorney General.

To facilitate our continued monitoring of challenges to the constitutionality of New York state statutes or regulations, we request that the parties notify us of the Court's decision to the extent it addresses those issues.  Please do not hesitate to call me at (212) 416-8020 should the Court have any questions.

Respectfully yours,
/s/ *Oren L. Zeve*
Oren L. Zeve
Managing Assistant Solicitor General

2

cc: Chambers of the Honorable Arun Subramanian
U.S. District Court Judge for the Southern District of New York

Molly Brooks
Outten & Golden LLP
*Counsel for plaintiffs*

Lawrence J. Del Rossi
Faegre Drinker Biddle & Reath LLP
*Counsel for defendant*