# Outten&Golden

May 27, 2026

**<u>Via ECF</u>**
The Honorable Arun Subramanian
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    *Bryant, et al. v. Buffalo Exchange, Ltd*, Case No. 23 Civ. 8286

Dear Judge Subramanian:

      We represent Plaintiffs in the above-referenced matter.  We write in response to the Court's May 20, 2026 Opinion and Order, ECF No. 105.  Plaintiffs will agree to dismiss their interest-only claim under NYLL § 191 with prejudice, which would allow the Court to enter judgment and for Plaintiffs to appeal.  *See Zivkovic v. Laura Christy LLC*, 137 F.4th 73, 82–83 (2d Cir. 2025).  Given this Court's holding that Plaintiffs are not entitled to recover liquidated damages under the pre-Amendment version of NYLL § 191, the parties agree that the Court can enter a final judgment in favor of Defendant.

The Clerk of Court is respectfully directed to enter judgment in favor of defendant, dismissing all claims with prejudice, and to close the case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 28, 2026

Respectfully submitted,

By: */s/ Molly A. Brooks*

**OUTTEN & GOLDEN LLP**
Molly A. Brooks
685 Third Ave., 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

*Attorneys for Plaintiffs*

**New York**
685 Third Avenue, 25th Floor
New York, NY 10017
(212) 245-1000

**Oakland**
1999 Harrison Street, Suite 1500
Oakland, CA 94612
(415) 638-8800

**Washington, DC**
1225 New York Avenue NW, Suite 1200B
Washington, DC 20005
(202) 914-5097

Outten & Golden LLP
outtengolden.com