**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 Delaney Bryant et al.,

                                        Plaintiffs,

                -against-                                                23 **CIVIL** 8286 (AS)

                                                                        **JUDGMENT**

Buffalo Exchange, Ltd.,

                                        Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memo Endorsed Order dated May 28, 2026, judgment is entered in favor of

defendant, dismissing all claims with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

        May 29, 2026

                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                        **BY:**                 K. mango
                                        _____
                                                **Deputy Clerk**