**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DELANEY BRYANT, BRIANNA LEMMON, and VIOLET OSPINA**,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BUFFALO EXCHANGE, LTD.,

Defendant.

Civil Action No. 1:23-cv-08286 (AS)

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs in the above-captioned action, Delaney Bryant, Brianna Lemmon, and Violet Ospina, on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from the judgment entered in this Court on May 29, 2026 (Dkt. No. 113), including this Court's opinion and order of May 6, 2026 (Dkt. No. 105) ruling that plaintiffs cannot seek liquidated damages, as well as all other decisions and orders that are subsumed into the May 29, 2026 judgment.

Respectfully submitted,

*/s/ David J. Zimmer*
David J. Zimmer*
**Zimmer, Citron & Clarke LLP**
711 Atlantic Avenue, 6th Floor
Boston, MA 02111
Tel.: (617) 676-9421
Email: dzimmer@zimmercitronclarke.com

Molly A. Brooks
Michael C. Danna
**Outten & Golden LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 245-1000
Email: mb@outtengolden.com
Email: mdanna@outtengolden.com

Julia Solomon-Strauss
**Zimmer, Citron & Clarke LLP**
14 Ridge Square NW, Suite 328
Washington, DC 20016
Tel.: (617) 676-9410
Email: jsolomonstrauss@zimmercitronclarke.com

* Admitted *pro hac vice*

*Attorneys for Plaintiffs*